IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY A. PITTSENBARGER,

        Plaintiff,

   v.

UNIVERSITY OF CALIFORNIA DAVIS,

        Defendant.
_____/

No. CIV S-07-2235 GEB DAD PS

<u>ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

        Plaintiff is proceeding pro se and in forma pauperis with this employment discrimination action. The case was filed in the United States District Court for the Northern District of California on July 5, 2007, and was transferred to this court on October 19, 2007. The matter has been referred to the undersigned for all purposes encompassed by Local Rule 72-302(c)(21).

        Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

        1. A Status (Pretrial Scheduling) Conference is set for **January 18, 2008, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

        2. All parties shall appear at the Status Conference by counsel, or *in propria persona* if acting without counsel. Parties may appear at the conference telephonically. To

arrange for telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, on or before January 15, 2008.

      3. Each party shall submit to the court for filing, no later than seven days before the Status (Pretrial Scheduling) Conference, a status report addressing the following matters:

    a. Status of service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion practice, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this case acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge; and

    k. Any other matters that may aid in the just and expeditious disposition of this action.

DATED: November 21, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\pittsenbarger2235.ossc