IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY A. PITTSENBARGER,

    Plaintiff,                      No. CIV S-07-2235 GEB DAD PS

    vs.

UNIVERSITY OF CALIFORNIA DAVIS,           ORDER

    Defendant.
_____/

        Plaintiff is proceeding pro se and in forma pauperis with this employment discrimination case brought pursuant to Title VII of the Civil Rights Act of 1964. Plaintiff's request for appointment of counsel is before the court.

        Three factors are relevant to the determination of whether counsel should be appointed to represent a plaintiff in an employment discrimination case such as this one: (1) plaintiff's financial resources, (2) the efforts already made by plaintiff to secure counsel, and (3) whether plaintiff's claims have merit. Bradshaw v. Zoological Soc'y of San Diego, 662 F.2d 1301, 1318 (9th Cir. 1981). Appointment of counsel is not a matter of right. Ivey v. Board of Regents, 673 F.2d 266, 269 (9th Cir. 1982).

        Here, the United States District Court for the Northern District of California granted plaintiff leave to proceed in forma pauperis. Plaintiff has made an adequate showing of

1  indigency, thereby satisfying the first of the three factors. The second factor has not been
2  satisfied because plaintiff's request does not reveal any effort to secure counsel. As to the third
3  factor, while the court has not prejudged the case, plaintiff has not shown that her claims have
4  merit such that counsel should be appointed. For these reasons, plaintiff's request for
5  appointment of counsel will be denied at this stage of the litigation.
6         Accordingly, IT IS ORDERED that plaintiff's December 19, 2007 request for
7  appointment of counsel is denied.
8  DATED: December 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.pro se\pittsenbarger2235.counsel.den

2