IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY A. PITTSENBARGER,

      Plaintiff,　　　　　　　　　　No. CIV S-07-2235 DAD PS

  vs.

UNIVERSITY OF CALIFORNIA      <u>ORDER</u>
DAVIS,

      Defendant.
_____/

      By order filed April 9, 2008, this action was reassigned to the undersigned for all further proceedings. Accordingly, Final Pretrial Conference and trial will be re-set before the undersigned, and dispositive motions will be resolved by order of the undersigned. In all other respects, the Status (Pretrial Scheduling) Order filed January 22, 2008 remains in effect.

      Good cause appearing, IT IS ORDERED that:

      1. **Final Pretrial Conference** previously set for June 8, 2009 before United States District Judge Garland E. Burrell, Jr. is re-set for Friday **June 12, 2009 at 1:30 p.m.** before United States Magistrate Judge Dale A. Drozd;

      2. **Trial** by jury previously set for August 18, 2009 before United States District Judge Garland E. Burrell, Jr. is re-set for Monday **September 14, 2009, at 10:00 a.m.** before United States Magistrate Judge Dale A. Drozd; and

1

3.  Any objection to the new dates shall be made in writing within thirty days after this order is served.

DATED: April 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.pro se\pittsenbarger2235.reset.dates

2