IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY A. PITTSENBARGER,

      Plaintiff,                                  No. CIV S-07-2235 DAD PS

      vs.

UNIVERSITY OF CALIFORNIA DAVIS,                    ORDER

      Defendant.
_____/

        This matter came before the court on September 19, 2008 for hearing of defendant's motion to compel initial Rule 26(a)(1) disclosures and further responses to defendant's request for production of documents, special interrogatories, and request for admissions. Also before the court was defendant's request for sanctions. Brandon Takahashi, Esq. appeared for the moving party, and plaintiff made a telephonic appearance in propria persona.

        The court considered the parties' joint statement re discovery disagreement, other filings, and arguments. For the reasons stated in open court, IT IS ORDERED that:

        1. Defendant's August 6, 2008 motion (Doc. No. 16) to compel Rule 26 disclosures and amended responses to defendant's discovery requests is granted.

/////

1    2. Plaintiff's Rule 26 disclosures and re-formatted and verified responses to defendant's request for production of documents, special interrogatories, and request for admissions shall be served on defendant within ten (10) days from the date of this order.

    3. Defendant's request for sanctions is denied.

DATED: September 19, 2008.

                   /s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.pro se\pittsenbarger2235.mtc.order